JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 3369

Plaintiff Melanie Colon

Case No.

-v-

Salem Truck Leasing Inc.
and Pk3 taiher, Inc.

Defendant

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Pk3 taiher, Inc. _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.



RECEIVED
APR 27 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Date: 4/27/07

Signature of Attorney
Stephen J. Donahue
Attorney Bar Code: SD-5138

Form Rule7_1.pdf