
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE PRESKA**

Plaintiff  Melanie Colon

-v-

Defendant  Salem Truck Leasing, Inc. and Pigtainers, Inc.

Case No.

**07 CV 3369**

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Salem Truck Leasing, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.



RECEIVED APR 2 7 2007 U.S.D.C. S.D.N.Y. CASHIERS

Date: 4/27/07

Signature of Attorney
Stephen J. Donahue
Attorney Bar Code: SD-5138

Form Rule7_1.pdf