JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 3369

Case No.

**Plaintiff** Melanie Colon

-v-

Salem Truck Leasing Inc.
**and**
PB tainer, Inc

**Defendant**

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PB tainer, Inc (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

RECEIVED
APR 27 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Date: 4/27/07

Signature of Attorney
Stephen J. Donahue

Attorney Bar Code: SD-5138

Form Rule7_1.pdf