UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MELANIE M. COLON

V.

BERNARDIN GUTIERR BERNABE,
SALEM TRUCK LEASING, INC.
AND PIGTAINER, INC.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 3369 (LAP)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☑ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__ Settlement*

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__ Habeas Corpus

__ Social Security

__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

ParticularMotion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         MAY 8, 2007

_Loretta A. Preska_
United States District Judge