UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MELANIE M. COLON,                           :

             Plaintiff,                :

    -against-                              :

BERNARDIN GUTIERR BERNABE, et al.,          :

             Defendants.               :

------------------------------------x

07 Civ. 3369 (LAP) (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

        IT IS HEREBY ORDERED that a conference is scheduled for May 22, 2007 at 3:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

        Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

        SO ORDERED.

Dated:     New York, New York
             May 10, 2007

                                       Andrew J. Peck
                                       United States Magistrate Judge

Copies **by fax & ECV** to:    Thomas J. Lavin, Esq.
                                    Stephen J. Donahue, Esq.
                                    Judge Loretta A. Preska