HARDIN KUNDLA MCKEON & POLETTO, P.A.
David C. Blaxill, Esq. (graceb)
110 William Street, 25th Floor
New York, New York  10038
Tel.: (212) 571-0111
Fax: (212) 571-1117
Email: DBlaxill@hkmpp.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
MELANIE M. COLON,                )
                                 ) Case No.: 07 CV 3369
                      Plaintiff, ) (LAP) (AJP)
                                 )
     -against-                   )
                                 )
BERNARDIN GUTIERR BERNABE,       )
SALEM TRUCK LEASING, INC. and    )
PIGTAINER, INC.                  )
                     Defendants. )
-----------------------------------------------------X

## DEFENDANTS' RULE 26(a)(1) DISCLOSURE TO PLAINTIFF MELANIE M. COLON

**PLEASE TAKE NOTICE** that, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants BERNARDIN GUTIERR BERNABE, SALEM TRUCK LEASING, INC. and PIGTAINER, INC. provide the following as and for its mandatory disclosure:

### NAMES OF PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION

The following persons are believed to have discoverable information relevant to Plaintiff's claim:

1. BERNARDIN GUTIERR BERNABE, 234 President Street, 1st Floor, Passaic, New Jersey 07055. BERNARDIN GUTIERR BERNABE is a

1

named Defendant in this matter. It is believed that he has knowledge of the subject accident and condition of the motor vehicle he was operating on the date of the accident.

## LOCATION OF DOCUMENTS AND TANGIBLE THINGS

Documents and communications related to this claim are located at the offices of Hardin, Kundla, McKeon & Poletto, P.A., 110 William Street, 25th Floor, New York, New York 10038. These documents and/or communications are as follows:

1. Lease Agreement executed between Salem Truck Leasing, Inc. and Bernardino Bernabe Gutierr;

2. Complaint and State Court Discovery Demands served by Plaintiff;

3. Answer and State Court Discovery Demands served by Defendants;

4. Communications between Plaintiff's office and Defendants' office;

5. Communication between Hardin, Kundla, McKeon & Poletto, P.A. and Defendants, and subject to attorney-client privilege;

6. Notice of Removal and Civil Cover Sheet filed by Defendants;

7. Rule 7.1 disclosures filed by Defendants;

8. Preliminary Conference Order, Supreme Court, Bronx County;

9. Defendants' Rule 26(a)(1) disclosure.

## INSURANCE

Defendants have annexed all relevant insurance policies hereto as **"Exhibit A"**.

Dated: New York, NY
       May 21, 2007            **HARDIN KUNDLA MCKEON &**
                                       **POLETTO, P.A.**

By: _[signature]_
David Blaxill, Esq. (graceb)
110 William Street, 25th Floor
New York, New York 10038
(212) 571-0111

*Attorneys for Defendants*

TO:    Thomas J. Lavin, Esq.
         LAW OFFICES OF THOMAS J. LAVIN
         2980 Bruckner Boulevard
         Bronx, New York 10465

         *Attorney for Plaintiff, Melanie M. Colon*