## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FILOMENA RAGO, being duly sworn, deposes and says:

I am not a party to the action, am over eighteen years of age, and reside in Staten Island, New York. On May 22, 2007, I served the within **DEFENDANTS' RULE 26(a)(1) DISCLOSURE TO PLAINTIFF MELANIE M. COLON** on:

>    Thomas J. Lavin, Esq.
>    LAW OFFICES OF THOMAS J. LAVIN
>    2980 Bruckner Boulevard
>    Bronx, New York 10465
>    718-829-7400
>    Attorney for Plaintiff, Melanie M. Colon

the address designated by said party for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, under the exclusive care and custody of the United States Postal Service.

_____
FILOMENA RAGO

Sworn to before me this _____
day of _____, 2007

_____
Notary Public

BARBARA FINKELSTEIN
Notary Public, New York
No. 01FI4753752
Qualified in Queens County
Commission Expires _____