```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Melanie M. Colon
                    Plaintiff(s),

    - against -

Bernardin Gutierr Bernabe
& Salem Truck Leasing Inc,
Skylines Inc,       Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 3369 (LAP) (AJP)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_Thomas Lavin_
Attorney(s) for Plaintiff(s)
Address 2980 Bruckner Blvd
Bronx, 10465
Telephone 718 829 7400
by John O'Halloran

Attorney(s) for _____
Address
Telephone

_[signature]_ Aaron Kendl
Attorney(s) for Defendant(s) Melanie Colon
Address 110 William Street, NY, NY
Telephone (212) 571-0111
by [signature]

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_Loretta A. Preska_               May 23, 2007
        U.S.D.J.

Magistrate Judge Peck was assigned this case on _____.

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99