UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

MELANIE M. COLON,                          Case No. 07 CV 3369
                                           (LAP) (AJP)

            Plaintiff,                     **DECLARATION**
                                           **JEFFREY ESSENFELD**

-against-

BERNARDIN GUTIERR BERNABE,
SALEM TRUCK LEASING, INC. and
PIGTAINER, INC.

                Defendants.

------------------------------------X

     JEFFREY ESSENFELD, pursuant to 28 U.S.C. 1746, declares as
follows:

     1.  I am the General Manager of the corporate entity named
PIGTAINER, INC.  As such, I verify the accuracy of the following
facts upon my personal knowledge.

     2.  The corporate address of PIGTAINER, INC. is 8
Hackensack Avenue, Building 8, South Kearny, New Jersey 07032.

     3.  PIGTAINER, INC. is a domestic corporation of the State
of New Jersey.  Also, the principal place of business of
PIGTAINER, INC. is in the State of New Jersey.

     4.  PIGTAINER, INC. is not incorporated in the State of New
York.

     I declare under the penalty of perjury that the foregoing is
correct.


Dated:    South Kearny, New Jersey
          May 31, 2007

{00344197.DOC;1}