## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )


PETRINA N. LEWIS, being duly sworn, deposes and says:

I am not a party to the action, am over eighteen years of age, and reside in Stratford, Connecticut.  On June 1, 2007, I served the within DEFENDANTS' AFFIRMATION IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND on:

    Thomas J. Lavin, Esq.
    LAW OFFICES OF THOMAS J. LAVIN
    2980 Bruckner Boulevard
    Bronx, New York 10465
    718-829-7400
    Attorney for Plaintiff, Melanie M. Colon


the   address   designated   by   said   party   for   that   purpose,   by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, under the exclusive care and custody of the United States Postal Service.

                                        _____
                                        PETRINA N. LEWIS

Sworn to before me this 1st day
of June, 2007



_____
Notary Public

BARBARA FINKELSTEIN
Notary Public, New York
No. 01FI4753752
Qualified in Queens County
Commission Expires _____