SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
================================================ X   Index No.:

                          Plaintiff,                  **DEMAND FOR SUPPLEMENTAL RELIEF**

    -against-

                        Defendants.
================================================ X

**TO:   PLAINTIFF**

    **PLEASE TAKE NOTICE,** that pursuant to CPLR 3017(c), the defendants,

, hereby request that, within fifteen (15) days of service of this demand, the plaintiff serve a supplemental demand for relief, setting forth the total damages to which she deems herself entitled.

Dated:  New York, New York
          March 12, 2007                  Yours, etc.

                                                 By:  _____

                                                      *Attorneys for Defendants*